Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey, State Bar No. 024237
Tina M. Ezzell, State Bar No. 013825

**TB TIFFANY & BOSCO**
P.A.

Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
Email: crk@tblaw.com; jdd@tblaw.com;
tme@tblaw.com
*Attorneys for Plaintiff Genos Williams*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| DEMPSTER AND MARY JACKSON, | Case No. 2:08-bk-14091-JMM |
| Debtors. | Adversary No. 2:10-ap-00291-JMM |
| GENOS WILLIAMS, Plaintiff, v. | **STIPULATION TO AN EXTENSION TO THE DATES IN THE TRIAL SCHEDULING ORDER; and** |
| DEMPSTER AND MARY JACKSON, Defendants. | **JOINT REQUEST FOR ENLARGEMENT OF TIME SET FOR TRIAL** |

The above-captioned Plaintiff and Defendants (the "Parties"), through their undersigned counsel, hereby stipulated and agree to an extension of the discovery and trial dates for an additional 90 to 120 days as set forth by the Court, but with counsel requesting that the trial dates not be assigned in the holiday season between December 17, 2010 through January 10, 2011.

15007-002/434384.DOC    -1-

On March 30, 2010 the Court set the above-captioned case for trial in the week of September 22, 2010. The Parties have conferred and disclosure statements will be simultaneously exchanged on July 21, 2010. After reviewing these disclosures, the parties will propound discovery requests, review discovery responses and conduct depositions. Additional time is necessary for the parties to sufficiently complete discovery to stay ahead of the current deadline set for dispositive motions, in the event such a motion may be filed.

In addition, after counsels' discussions, it has become apparent that due to the volume of documents that will be exchanged and the likely related necessity of trial testimony on these documents more than four hours will be needed at trial. It is also possible that after reviewing the documents produced by the Debtor, Plaintiff may opt to employ an expert witness for this case. As such, the Parties believe that the trial will require two to three days to complete.

WHEREAS, the Parties request that the Court extend the dates in the Trial Scheduling Order and enlarge the time set for trial as detailed in the proposed Order being concurrently lodged with the Court.

RESPECTFULLY SUBMITTED this 1st day of July, 2010.

                    **TIFFANY & BOSCO, P.A.**

                    By /s/ Tina M. Ezzell
                    Christopher R. Kaup
                    J. Daryl Dorsey
                    Tina M. Ezzell
                    2525 East Camelback Road
                    Phoenix, Arizona 85016

| | |
|---|---|
| 1 | *Attorneys for Plaintiff Genos Williams* |
| 2 | |
| 3 | **LAW OFFICE OF MICHAEL J. FATTA PLLC** |
| 4 | By /s/ |
| 5 | Michael J. Fatta |
| | 18001 N. 79th Ave., Suite B-40 |
| 6 | Glendale, AZ 85308 |
| | *Attorneys for Debtors* |

1 | **FOREGOING** filed electronically with the United States Bankruptcy Court, District of Arizona, this 1st day of July, 2010.

/s/ Louis A. Lofredo