|   |   |
|---|---|
| | **THIS ORDER IS APPROVED.**  |
| 1 | Christopher R. Kaup, State Bar No. 014820 **Dated: July 21, 2010** |
| | J. Daryl Dorsey, State Bar No. 024237 |
| 2 | Tina M. Ezzell, State Bar No. 013825 |
| 3 | **TB TIFFANY & BOSCO** P.A.     _____ |
| 4 | Third Floor Camelback Esplanade II     **JAMES M. MARLAR** |
| | 2525 East Camelback Road     **Chief Bankruptcy Judge** |
| 5 | Phoenix, Arizona 85016-4237     _____ |
| 6 | Telephone: (602) 255-6000 |
| | Facsimile: (602) 255-0103 |
| 7 | Email: crk@tblaw.com; jdd@tblaw.com; tme@tblaw.com |
| 8 | *Attorneys for Plaintiff Genos Williams* |

9     **IN THE UNITED STATES BANKRUPTCY COURT**

10     **FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| 11 | In re: | Chapter 7 |
| 12 | DEMPSTER AND MARY JACKSON, | Case No. 2:08-bk-14091-JMM |
| 13 | Debtors. | Adversary No. 2:10-ap-00291-JMM |
| 14 | | |
| 15 | GENOS WILLIAMS, | **ORDER GRANTING STIPULATION** |
| | Plaintiff, | **TO AN EXTENSION TO THE DATES** |
| 16 | v. | **IN THE TRIAL SCHEDULING** |
| 17 | DEMPSTER AND MARY JACKSON, | **ORDER; AND THE JOINT REQUEST** |
| | | **FOR ENLARGEMENT OF TIME SET** |
| 18 | Defendants. | **FOR TRIAL** |

19

20     Upon consideration of the *Stipulation to an Extension to the Dates in the Trial*

21 *Scheduling Order; and the Joint Request for Enlargement of Time Set for Trial* filed by

22 the Parties, and good cause appearing therefore,

23     **IT IS ORDERED** granting the Stipulated Motion.

24     **IT IS FURTHER ORDERED** that the trial is set for _January 20, 2011, at 9AM.

25

26

15007-002/434389.DOC -1-

**IT IS FURTHER ORDERED** that the following schedule and trial information shall apply to this matter:

    Discovery Deadline:   30                            days before trial

    Dispositive Motions Deadline:        75 days before trial

    Joint Pretrial Statement Due Date:     seven days before trial

**IT IS FURTHER ORDERED** that the trial is set for 1 day.

**DATED AND SIGNED ABOVE.**