1  Christopher R. Kaup, State Bar No. 014820
   J. Daryl Dorsey, State Bar No. 024237
2  Tina M. Ezzell, State Bar No. 013825

3  **TB** **TIFFANY & BOSCO**
   P.A.

4  Third Floor Camelback Esplanade II
   2525 East Camelback Road
5  Phoenix, Arizona 85016-4237
   Telephone: (602) 255-6000
6  Facsimile: (602) 255-0103
   Email: crk@tblaw.com; jdd@tblaw.com;
7          tme@tblaw.com
   *Attorneys for Plaintiff Genos Williams*

8

9          **IN THE UNITED STATES BANKRUPTCY COURT**

10              **FOR THE DISTRICT OF ARIZONA**

11

| | |
|---|---|
| In re: | Chapter 7 |
| DEMPSTER AND MARY JACKSON, | Case No. 2:08-bk-14091-JMM |
| Debtors. | Adversary No. 2:10-ap-00291-JMM |
| GENOS WILLIAMS, Plaintiff, | **PLAINTIFF'S MOTION TO COMPEL AND REQUEST FOR SANCTIONS** |
| v. | |
| DEMPSTER AND MARY JACKSON, Defendants. | |

18          Plaintiff Genos Williams ("Mr. Williams"), by and through undersigned counsel,

19  moves pursuant to Federal Rules of Civil Procedure ("Rule") 37(a)(3)(A) (as made

20  applicable to this adversary proceeding by Rule 7037 of the Rules of Bankruptcy

21  Procedure) to compel Debtors Dempster and Mary Jackson ("Debtors") to make their

22  Rule 26(a) disclosure.   Mr. Williams further requests sanctions pursuant to Rule

23  37(a)(5)(A) for having to bring this motion.

24

25

26

This motion is supported by the Memorandum of Points and Authorities attached below.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    FACTUAL BACKGROUND

Mr. Williams filed a complaint to determine the dischargeability of debt pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(4) and (a)(6). Mr. Williams alleges that Debtors should not be discharged from certain debts due to Debtors' actions in obtaining and utilizing Mr. Williams's property without permission. Mr. Williams, through his counsel, has repeatedly attempted to get the Debtors to provide their Rule 26(a) disclosures. As explained more fully below, Debtors continuously fail to provide the Rule 26(a) disclosures. As a result, Debtors have effectively stalled this litigation from moving forward.

On June 21, 2010, Louis A. Lofredo ("Mr. Lofredo"), a paralegal at Tiffany & Bosco, P.A., called Michael J. Fatta ("Mr. Fatta"), the attorney for Debtors, and discussed scheduling matters. On that same date, Mr. Lofredo sent an e-mail to Mr. Fatta to memorialize the telephone conversation. **Exhibit "A."** In the e-mail, Mr. Lofredo included a draft of the trial scheduling order and asked Mr. Fatta to review and modify the scheduling order. Mr. Lofredo acknowledged that Mr. Fatta was involved in another case and therefore proposed a generous date to exchange the initial disclosures—July 13, 2010. On June 25, 2010, Mr. Lofredo sent another e-mail to Mr. Fatta asking that any changes or modifications be given by June 28, 2010. **Exhibit "B."** Mr. Fatta never responded to this e-mail.

Over a week later, without a response from Mr. Fatta, Mr. Lofredo called Mr. Fatta and spoke to Teresa Vasquez ("Ms. Vasquez"). Upon request of Ms. Vasquez, Mr. Lofredo forwarded the June 21 e-mail to Ms. Vasquez and Mr. Fatta. **Exhibit "C."** Mr.

Lofredo asked for Mr. Fatta to provide feedback, but Mr. Fatta, again, failed to respond to this request.

On July 1, 2010, Mr. Lofredo called Mr. Fatta to discuss the stipulation to extend discovery. Mr. Lofredo prepared the stipulation and attached it in an e-mail to Mr. Fatta. **Exhibit "D."** Per the parties' agreement, the date to exchange initial disclosures was pushed to July 21, 2010. Mr. Fatta never responded or acknowledged this e-mail. Therefore, neither party exchanged the initial disclosures on July 21, 2010. On July 30, 2010, Mr. Lofredo e-mailed Mr. Fatta and asked if the exchange could take place on August 6, 2010. **Exhibit "E."** Mr. Fatta never responded or acknowledged this e-mail.

Hoping to encourage Mr. Fatta to make the Debtors' initial disclosure, Mr. Williams provided his Rule 26(a) disclosure unilaterally on August 17, 2010. Mr. Lofredo e-mailed Mr. Williams's Rule 26(a) initial disclosure statement to Mr. Fatta on August 17, 2010. **Exhibit "F."** In an act of professional courtesy, Mr. Lofredo asked that Debtors' initial disclosure be provided by August 23, 2010.

On August 20, 2010, Tina M. Ezzell ("Ms. Ezzell"), an attorney for Mr. Williams, e-mailed Mr. Fatta with the purpose of scheduling a deposition. **Exhibit "G."** Ms. Ezzell expressed that she was anticipating the Debtors' initial disclosure in the near future. Mr. Fatta never acknowledged this e-mail.

On August 27, 2010, Mr. Lofredo called Mr. Fatta's office to inquire about the initial disclosure and the deposition. Mr. Lofredo spoke to Ms. Vasquez, and she verified that she would inquire into the initial disclosure and the deposition. Mr. Lofredo memorialized the contents of this conversation in an e-mail dated that same date. **Exhibit "H."**

On September 2, 2010, Ms. Vasquez acknowledged Mr. Lofredo's August 27 e-mail and stated that the initial disclosure would be sent that week. **Exhibit "I."** The

1  initial disclosure was never sent.  The parties also agreed to a deposition date of Mr.
2  Jackson.

3      On September 16, 2010, Ms. Ezzell e-mailed Mr. Fatta and asked to set up a time
4  to discuss the initial disclosure.  **Exhibit "J."**  Ms. Ezzell wanted to make one last good
5  faith effort to obtain the initial disclosure before having to file a motion to compel with
6  the court.  The following day, Ms. Ezzell spoke to Mr. Fatta.  Mr. Fatta promised to have
7  the initial disclosure sent by September 22.

8      On October 1, 2010, Ms. Ezzell still had not received the initial disclosure.  Ms.
9  Ezzell e-mailed Mr. Fatta and stated that she would be filing a motion to compel and
10  sanctions with the court if she did not receive the initial disclosure by October 4, 2010.
11  **Exhibit "K."**  Due to Mr. Fatta's delay in providing the initial disclosure statement, Ms.
12  Ezzell was forced to postpone the deposition.  On October 4, 2010, Mr. Fatta promised to
13  have the initial disclosure to Ms. Ezzell by the end of that day.  **Exhibit "L."**  Mr. Fatta
14  said he only needed to make copies before sending the initial disclosure.  On October 5,
15  2010, Mr. Fatta called Ms. Ezzell and promised to have the disclosure to her by the end
16  of the day.

17      As of the date of filing this motion, Mr. Williams and his attorneys have yet to
18  receive Debtors' Rule 26(a) disclosure.

19  **II.  LEGAL ARGUMENT**

20      **A.    DEBTORS FAILED TO COMPLY WITH RULE 26(a).**

21      Rule 26(a) requires parties to provide basic information relating to the case.
22  Generally, the disclosure must be made 14 days after the parties have a Rule 26(f)
23  conference.  However, the parties can agree to a different date by entering into a
24  stipulation.

25

26

In this case, the parties entered into a stipulation to exchange the initial disclosures on July 21, 2010. When both parties failed to meet that deadline, Mr. Lofredo requested that the parties exchange initial disclosures on August 6, 2010. Mr. Fatta never responded to that request. In an attempt to encourage Debtors to file their initial disclosures, Mr. Lofredo e-mailed Mr. Williams's initial disclosure on August 17, 2010 to Mr. Fatta. As a matter of professional courtesy, Mr. Williams permitted Debtors to file their initial disclosure by August 23, 2010. Debtors did not meet the August 23 deadline. Mr. Williams provided many more opportunities after August 23 for Debtors to provide their Rule 26(a) disclosure, but Debtors have yet to comply.

Because of the Debtor's failure to provide their initial disclosure, Mr. Williams is unable to proceed in the litigation. Specifically, Mr. Williams would like to depose Debtors, but without an initial disclosure, he is unable to do so.

**B.      THE COURT MUST COMPEL DEBTORS TO PROVIDE ITS RULE 26(a) INITIAL DISCLOSURE.**

Rule 37(a)(3)(A) states, "If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions." Rule 37(a) further requires a certification by the movant's attorney showing that a good faith effort has been made. Ms. Ezzell's certification is in Part III below.

As explained in detail above, Debtors have failed to make the Rule 26(a) disclosure. The court must, therefore, compel Debtors to provide the Rule 26(a) initial disclosures. Mr. Williams has been generous in extending time, yet Debtors continue to fail to meet their obligations. It has come to the point where Mr. Williams has cancelled the duly scheduled deposition due to Debtors' non-compliance with Rule 26(a).

**C.      THE COURT MUST ORDER SANCTIONS AGAINST DEBTORS AND MR. FATTA.**

Rule 37(a)(5)(A) states that "the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees."

Debtors and Mr. Fatta have failed to comply with Rule 26(a). If the court grants the motion, the court is required to order sanctions. Since it appears both Debtors and Mr. Fatta are at fault, Mr. Williams requests that both be sanctioned.

**III.    RULE 37(a)(1) CERTIFICATION**

See the Declaration of Tina M. Ezzell, attached hereto. **Exhibit "M".**

**IV.    CONCLUSION**

For the reasons set forth above, Mr. Williams requests the court to compel Debtors to provide its Rule 26(a) initial disclosure and to sanction Debtors and Mr. Fatta pursuant to Rule 37(a).

DATED this 18th day of October, 2010.

**TIFFANY & BOSCO, P.A.**

By: J. Daryl Dorsey
    Christopher R. Kaup
    J. Daryl Dorsey
    Tina M. Ezzell
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Attorneys for Plaintiff Genos Williams*

1   **ORIGINAL** filed with the United
2   States Bankruptcy Court District of
     Arizona and the foregoing mailed on
3   October 18, 2010, to the following:

4   Michael J. Fatta
     LAW OFFICE OF MICHAEL J. FATTA, PLLC
5   18001 N. 79th Ave., Suite B-40
6   Glendale, AZ  85308
     *Attorneys for Debtors*

7

     Erica Meany

8

# EXHIBIT A

## Paul D. Cardon

**From:**    Tina M. Ezzell
**Sent:**    Thursday, October 14, 2010 9:50 PM
**To:**    Paul D. Cardon
**Subject:**    FW: Williams v. Jackson et al.; T&B No. 15007-002
**Attachments:**    Order Granting Stipulation to an Extension of the Dates (434389).DOC; Stipulation for Extension of Time to Trial Scheduling Order (434384).DOC; Trial Scheduling Order.pdf

---

**From:** Louis A. Lofredo
**Sent:** Monday, June 21, 2010 3:12 PM
**To:** 'Michael J. Fatta'
**Cc:** J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** Re: Williams v. Jackson et al.; T&B No. 15007-002

Re:    Williams v. Jackson et al.
In re: Dempster and Mary Jackson
United States Bankruptcy Court, District of Arizona
Adversary Case No. 2:10-ap-00291-JMM
File No.:  15007-002

Dear Mr. Fatta:

Further to our telephone conference today, attached is a Stipulation to an Extension to the Dates in the Trial Scheduling Order; and Joint Request for Enlargement of Time Set for Trial as well as related Order. I have also attached the current Trial Scheduling Order for your convenience.

Please review and modify the Stipulation and related Order as you deem necessary so that we may review your changes and then hopefully file the Stipulation with the Court soon. As for the mutual exchange date for the Initial Disclosure Statement, we understand that another case you have has a disclosure due at the end of June and therefore you will place a date that works for you in the Stipulation for consideration by Daryl Dorsey and Tina Ezzell, likely around July 13, 2010.

If you have any questions or comments, please contact us.

Sincerely,


**Louis A. Lofredo**
**Paralegal**
**Direct (602) 255-6034 | Fax (602) 255-0103**

 TIFFANY
& BOSCO
P.A.

**Third Floor Camelback Esplanade II**
**2525 East Camelback Road**
**Phoenix, AZ 85016-9240**
Visit our website at: **www.tblaw.com**

This electronic mail transmission contains information from the law firm of Tiffany & Bosco, P.A. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (602) 255-6034 or by electronic mail at lal@tblaw.com.

# EXHIBIT B

## Paul D. Cardon

| | |
|---|---|
| **From:** | Louis A. Lofredo |
| **Sent:** | Friday, June 25, 2010 6:14 PM |
| **To:** | 'Michael J. Fatta' |
| **Cc:** | J. Daryl Dorsey |
| **Subject:** | RE: Williams v. Jackson et al.; T&B No. 15007-002 |

Dear Mr. Fatta:

Please let me have your approval and/or revisions on Monday if possible.

Thank you,

Louis A. Lofredo
Paralegal

---

**From:** Louis A. Lofredo
**Sent:** Monday, June 21, 2010 3:12 PM
**To:** 'Michael J. Fatta'
**Cc:** J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** Re: Williams v. Jackson et al.; T&B No. 15007-002

> Re: Williams v. Jackson et al.
> In re: Dempster and Mary Jackson
> United States Bankruptcy Court, District of Arizona
> Adversary Case No. 2:10-ap-00291-JMM
> File No.: 15007-002

Dear Mr. Fatta:

Further to our telephone conference today, attached is a Stipulation to an Extension to the Dates in the Trial Scheduling Order; and Joint Request for Enlargement of Time Set for Trial as well as related Order. I have also attached the current Trial Scheduling Order for your convenience.

Please review and modify the Stipulation and related Order as you deem necessary so that we may review your changes and then hopefully file the Stipulation with the Court soon. As for the mutual exchange date for the Initial Disclosure Statement, we understand that another case you have has a disclosure due at the end of June and therefore you will place a date that works for you in the Stipulation for consideration by Daryl Dorsey and Tina Ezzell, likely around July 13, 2010.

If you have any questions or comments, please contact us.

Sincerely,

Louis A. Lofredo
**Paralegal**
Direct (602) 255-6034 | Fax (602) 255-0103

 T I F F A N Y
& B O S C O
P.A.

**Third Floor Camelback Esplanade II**
**2525 East Camelback Road**
**Phoenix, AZ 85016-9240**
Visit our website at: **www.tblaw.com**

This electronic mail transmission contains information from the law firm of Tiffany & Bosco, P.A. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the

1

intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (602) 255-6034 or by electronic mail at lal@tblaw.com.

# EXHIBIT C

**Paul D. Cardon**

| | |
|---|---|
| **From:** | Tina M. Ezzell |
| **Sent:** | Thursday, October 14, 2010 9:49 PM |
| **To:** | Paul D. Cardon |
| **Subject:** | FW:  Williams v. Jackson et al.; T&B No. 15007-002 |

*Deleted due to attorney/client privilege.*

---

**From:** Louis A. Lofredo
**Sent:** Tuesday, June 29, 2010 11:42 AM
**To:** 'Michael J. Fatta'
**Cc:** 't.angelica.v@gmail.com'; J. Daryl Dorsey; Tina M. Ezzell
**Subject:** FW: Williams v. Jackson et al.; T&B No. 15007-002

Dear Mr. Fatta:

Further to my telephone conference with your assistant Teresa, we have forwarded our previous email request to you again with a cc to Teresa.  We look forward to your response soon.

Sincerely,

Louis A. Lofredo
Paralegal

---

**From:** Louis A. Lofredo
**Sent:** Monday, June 21, 2010 3:12 PM
**To:** 'Michael J. Fatta'
**Cc:** J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** Re: Williams v. Jackson et al.; T&B No. 15007-002

Re:     Williams v. Jackson et al.

In re: Dempster and Mary Jackson
United States Bankruptcy Court, District of Arizona
Adversary Case No. 2:10-ap-00291-JMM
File No.:   15007-002

Dear Mr. Fatta:

Further to our telephone conference today, attached is a Stipulation to an Extension to the Dates in the Trial Scheduling Order; and Joint Request for Enlargement of Time Set for Trial as well as related Order.  I have also attached the current Trial Scheduling Order for your convenience.

Please review and modify the Stipulation and related Order as you deem necessary so that we may review your changes and then hopefully file the Stipulation with the Court soon.  As for the mutual exchange date for the Initial Disclosure Statement, we understand that another case you have has a disclosure due at the end of June and therefore you will place a date that works for you in the Stipulation for consideration by Daryl Dorsey and Tina Ezzell, likely around July 13, 2010.

If you have any questions or comments, please contact us.

Sincerely,

**Louis A. Lofredo**
**Paralegal**
**Direct (602) 255-6034 | Fax (602) 255-0103**



**Third Floor Camelback Esplanade II**
**2525 East Camelback Road**
**Phoenix, AZ  85016-9240**
**Visit our website at:  www.tblaw.com**

This electronic mail transmission contains information from the law firm of Tiffany & Bosco, P.A. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (602) 255-6034 or by electronic mail at lal@tblaw.com.

# EXHIBIT D

**Paul D. Cardon**

| | |
|---|---|
| **From:** | Tina M. Ezzell |
| **Sent:** | Thursday, October 14, 2010 9:48 PM |
| **To:** | Paul D. Cardon |
| **Subject:** | FW: Williams v. Jackson et al.; T&B No. 15007-002 |
| **Attachments:** | Stipulation to Extension to the Dates.pdf; Notice of Lodging Order Granting Extension.pdf |

---

**From:** Louis A. Lofredo
**Sent:** Thursday, July 01, 2010 11:00 AM
**To:** 'Michael J. Fatta'
**Cc:** 't.angelica.v@gmail.com'; J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** RE: Williams v. Jackson et al.; T&B No. 15007-002

Dear Mr. Fatta:

Attached are the Stipulation and Notice that we filed with the Court today. Further to our telephone conference today, I changed the mutual exchange date for the initial disclosure statements from June 29, 2010 to July 21, 2010.

Sincerely,

Lou

---

**From:** Louis A. Lofredo
**Sent:** Tuesday, June 29, 2010 11:42 AM
**To:** 'Michael J. Fatta'
**Cc:** 't.angelica.v@gmail.com'; J. Daryl Dorsey; Tina M. Ezzell
**Subject:** FW: Williams v. Jackson et al.; T&B No. 15007-002

Dear Mr. Fatta:

Further to my telephone conference with your assistant Teresa, we have forwarded our previous email request to you again with a cc to Teresa. We look forward to your response soon.

Sincerely,

Louis A. Lofredo
Paralegal

---

**From:** Louis A. Lofredo
**Sent:** Monday, June 21, 2010 3:12 PM
**To:** 'Michael J. Fatta'
**Cc:** J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** Re: Williams v. Jackson et al.; T&B No. 15007-002

Re:    Williams v. Jackson et al.
In re: Dempster and Mary Jackson
United States Bankruptcy Court, District of Arizona
Adversary Case No. 2:10-ap-00291-JMM
File No.:   15007-002

Dear Mr. Fatta:

Further to our telephone conference today, attached is a Stipulation to an Extension to the Dates in the Trial Scheduling Order; and Joint Request for Enlargement of Time Set for Trial as well as related Order. I have also attached the current Trial Scheduling Order for your convenience.

Please review and modify the Stipulation and related Order as you deem necessary so that we may review your changes and then hopefully file the Stipulation with the Court soon. As for the mutual exchange date for the Initial Disclosure Statement, we understand that another case you have has a disclosure due at the end of June and therefore you will place a date that works for you in the Stipulation for consideration by Daryl Dorsey and Tina Ezzell, likely around July 13, 2010.

If you have any questions or comments, please contact us.

Sincerely,

**Louis A. Lofredo**
**Paralegal**
**Direct (602) 255-6034 | Fax (602) 255-0103**

 TIFFANY
& BOSCO
P.A.

**Third Floor Camelback Esplanade II**
**2525 East Camelback Road**
**Phoenix, AZ 85016-9240**
**Visit our website at: www.tblaw.com**

This electronic mail transmission contains information from the law firm of Tiffany & Bosco, P.A. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (602) 255-6034 or by electronic mail at lal@tblaw.com.

# EXHIBIT E

**Paul D. Cardon**

**From:** Tina M. Ezzell
**Sent:** Thursday, October 14, 2010 9:47 PM
**To:** Paul D. Cardon
**Subject:** FW: Williams v. Jackson et al.; T&B No. 15007-002

*Deleted due to attorney / client privilege.*

---

**From:** Louis A. Lofredo
**Sent:** Friday, July 30, 2010 3:53 PM
**To:** Louis A. Lofredo; 'Michael J. Fatta'
**Cc:** 't.angelica.v@gmail.com'; J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** RE: Williams v. Jackson et al.; T&B No. 15007-002

Dear Mr. Fatta:

Since we both did not provide disclosures by July 21, 2010, does the end of next week sound reasonable, August 6, 2010.

Sincerely,

Lou

---

**From:** Louis A. Lofredo
**Sent:** Thursday, July 01, 2010 11:00 AM
**To:** 'Michael J. Fatta'
**Cc:** 't.angelica.v@gmail.com'; J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** RE: Williams v. Jackson et al.; T&B No. 15007-002

Dear Mr. Fatta:

Attached are the Stipulation and Notice that we filed with the Court today. Further to our telephone conference today, I changed the mutual exchange date for the initial disclosure statements from June 29, 2010 to July 21, 2010.

Sincerely,

Lou

---

**From:** Louis A. Lofredo
**Sent:** Tuesday, June 29, 2010 11:42 AM
**To:** 'Michael J. Fatta'
**Cc:** 't.angelica.v@gmail.com'; J. Daryl Dorsey; Tina M. Ezzell
**Subject:** FW: Williams v. Jackson et al.; T&B No. 15007-002

Dear Mr. Fatta:

Further to my telephone conference with your assistant Teresa, we have forwarded our previous email request to you again with a cc to Teresa. We look forward to your response soon.

Sincerely,

Louis A. Lofredo
Paralegal

---

**From:** Louis A. Lofredo
**Sent:** Monday, June 21, 2010 3:12 PM
**To:** 'Michael J. Fatta'
**Cc:** J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** Re: Williams v. Jackson et al.; T&B No. 15007-002

      Re:     Williams v. Jackson et al.
              In re: Dempster and Mary Jackson
              United States Bankruptcy Court, District of Arizona
              Adversary Case No. 2:10-ap-00291-JMM
              File No.:  15007-002

Dear Mr. Fatta:

Further to our telephone conference today, attached is a Stipulation to an Extension to the Dates in the Trial Scheduling Order; and Joint Request for Enlargement of Time Set for Trial as well as related Order. I have also attached the current Trial Scheduling Order for your convenience.

Please review and modify the Stipulation and related Order as you deem necessary so that we may review your changes and then hopefully file the Stipulation with the Court soon. As for the mutual exchange date for the Initial Disclosure Statement, we understand that another case you have has a disclosure due at the end of June and therefore you will place a date that works for you in the Stipulation for consideration by Daryl Dorsey and Tina Ezzell, likely around July 13, 2010.

If you have any questions or comments, please contact us.

Sincerely,

**Louis A. Lofredo**
**Paralegal**
**Direct (602) 255-6034 | Fax (602) 255-0103**



**Third Floor Camelback Esplanade II**
**2525 East Camelback Road**
**Phoenix, AZ 85016-9240**
**Visit our website at:  www.tblaw.com**

This electronic mail transmission contains information from the law firm of Tiffany & Bosco, P.A. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (602) 255-6034 or by electronic mail at lal@tblaw.com.

# EXHIBIT F

## Paul D. Cardon

**From:** Tina M. Ezzell
**Sent:** Thursday, October 14, 2010 9:47 PM
**To:** Paul D. Cardon
**Subject:** FW: Williams v. Jackson et al.; T&B No. 15007-002
**Attachments:** Lt Fatta fwd Initial Disclosure Statement and CD-ROM.pdf; Plaintiff's Initial Disclosure Statement.pdf

---

**From:** Louis A. Lofredo
**Sent:** Tuesday, August 17, 2010 4:58 PM
**To:** 'Michael J. Fatta'
**Cc:** 't.angelica.v@gmail.com'; J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** Williams v. Jackson et al.; T&B No. 15007-002

Re:     Williams v. Jackson et al.
In re: Dempster and Mary Jackson
United States Bankruptcy Court, District of Arizona
Adversary Case No. 2:10-ap-00291-JMM
File No.:  15007-002

Dear Mr. Fatta:

Attached is a copy of Plaintiff's Initial Disclosure Statement, which will be hand-delivery to you (it should arrive by tomorrow afternoon) along with a CD-ROM containing the documents listed in the disclosure statement.

The attached letter requests receiving Defendants' Initial Disclosure Statement and documents by <u>August 23, 2010</u>.  Please let us know if you have another date in mind.

Sincerely,

Lou

Louis A. Lofredo
Paralegal
Direct (602) 255-6034 | Fax (602) 255-0103

 TIFFANY
& BOSCO
P.A.

Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ  85016-9240
Visit our website at:  **www.tblaw.com**

This electronic mail transmission contains information from the law firm of Tiffany & Bosco, P.A. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (602) 255-6034 or by electronic mail at lal@tblaw.com.

# EXHIBIT G

**Paul D. Cardon**

**From:** Tina M. Ezzell
**Sent:** Thursday, October 14, 2010 9:47 PM
**To:** Paul D. Cardon
**Subject:** FW: discovery and depositions

---

**From:** Tina M. Ezzell
**Sent:** Friday, August 20, 2010 11:53 AM
**To:** 'Michael J. Fatta'
**Cc:** J. Daryl Dorsey; Louis A. Lofredo; Christopher R. Kaup
**Subject:** discovery and depositions

Greetings, Mr. Fatta,

By now you have undoubtedly received our disclosure on behalf of Mr. Williams. I look forward to receiving the Jacksons' disclosure in the near future. I also intend to conduct Mr. Dempster Jackson's deposition as soon as reasonably possible, preferably in September. Therefore, would you please provide me with dates upon which you and Mr. Jackson are available for his deposition? Thank you in advance for your cooperation.

**Tina M. Ezzell**
**Attorney**
**Direct 602-452-2747 | Fax 602-255-0103**
**tme@tblaw.com**

 TIFFANY & BOSCO P.A.

**Third Floor Camelback Esplanade II**
**2525 East Camelback Road**
**Phoenix, AZ 85016-9240**
**Visit our website at: www.tblaw.com**
**Member of MSI Global Alliance, an International Alliance of Legal and Accounting Firms**

**CONFIDENTIAL AND PRIVILEGED INFORMATION:** This electronic mail transmission contains information from the law firm of Tiffany & Bosco, P.A. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (602-288-7915) or by electronic mail at tme@tblaw.com

# EXHIBIT H

## Paul D. Cardon

| | |
|---|---|
| **From:** | Tina M. Ezzell |
| **Sent:** | Thursday, October 14, 2010 9:46 PM |
| **To:** | Paul D. Cardon |
| **Subject:** | FW: Williams v. Jackson et al.; T&B No. 15007-002 |

---

**From:** Louis A. Lofredo
**Sent:** Friday, August 27, 2010 3:57 PM
**To:** 't.angelica.v@gmail.com'
**Cc:** 'Michael J. Fatta'; J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** RE: Williams v. Jackson et al.; T&B No. 15007-002

Dear Ms. Angelica:

Further to our telephone conference today, we appreciate your inquiry to Mr. Fatta regarding dates he will be available for deposition in the second half of September. As we stated, we intend to notice the deposition of Mr. Jackson (perhaps as early as next week) in that time period and would prefer to arrange a date in advance on which Mr. Fatta does not have a conflict. Also, we understand that you will inquire as to when we will receive Mr. Jackson's disclosure statement.

Thank you,

Lou

---

**From:** Louis A. Lofredo
**Sent:** Tuesday, August 17, 2010 4:58 PM
**To:** 'Michael J. Fatta'
**Cc:** 't.angelica.v@gmail.com'; J. Daryl Dorsey; Tina M. Ezzell; Lauri F. Andrisani
**Subject:** Williams v. Jackson et al.; T&B No. 15007-002

> Re:    Williams v. Jackson et al.
> In re: Dempster and Mary Jackson
> United States Bankruptcy Court, District of Arizona
> Adversary Case No. 2:10-ap-00291-JMM
> File No.:  15007-002

Dear Mr. Fatta:

Attached is a copy of Plaintiff's Initial Disclosure Statement, which will be hand-delivery to you (it should arrive by tomorrow afternoon) along with a CD-ROM containing the documents listed in the disclosure statement.

The attached letter requests receiving Defendants' Initial Disclosure Statement and documents by <u>August 23, 2010</u>. Please let us know if you have another date in mind.

Sincerely,

Lou

Louis A. Lofredo
Paralegal
Direct (602) 255-6034 | Fax (602) 255-0103


**TIFFANY & BOSCO**
P.A.
**Third Floor Camelback Esplanade II**

2525 East Camelback Road
Phoenix, AZ 85016-9240
Visit our website at: www.tblaw.com

This electronic mail transmission contains information from the law firm of Tiffany & Bosco, P.A. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (602) 255-6034 or by electronic mail at lal@tblaw.com.

# EXHIBIT I

## Paul D. Cardon

| | |
|---|---|
| **From:** | Tina M. Ezzell |
| **Sent:** | Thursday, October 14, 2010 9:45 PM |
| **To:** | Paul D. Cardon |
| **Subject:** | FW: RE: Williams v. Jackson et al.; T&B No. 15007-002 |

*Deleted due to attorney/client privilege.*

Lou

**From:** TERESA VASQUEZ [mailto:t.angelica.v@gmail.com]
**Sent:** Thursday, September 02, 2010 3:55 PM
**To:** Louis A. Lofredo
**Subject:** Fwd: RE: Williams v. Jackson et al.; T&B No. 15007-002

---------- Forwarded message ----------
From: **TERESA VASQUEZ** <t.angelica.v@gmail.com>
Date: Thu, Sep 2, 2010 at 3:09 PM
Subject: Re: RE: Williams v. Jackson et al.; T&B No. 15007-002
To: MJFPLLC@aol.com

Good Afternoon,

I have spoken with Mike and any time in September should work for him. Please send me some dates so that w
can coordinate. Also Mike will be sending out the discloser statement this week. Thanks and have a great
afternoon.

On Sun, Aug 29, 2010 at 6:38 PM, <T.ANGELICA.V@gmail.com> wrote:
FYI

---------- Forwarded message ----------
From: "Louis A. Lofredo" <lal@tblaw.com>
Date: Aug 27, 2010 3:56pm
Subject: RE: Williams v. Jackson et al.; T&B No. 15007-002

1

To: t.angelica.v@gmail.com
CC: "Michael J. Fatta" <mjfpllc@aol.com>, "J. Daryl Dorsey" <jdd@tblaw.com>, "Tina M. Ezzell" <TME@tblaw.com>, "Lauri F. Andrisani" <lfa@tblaw.com>


>
>
>
>
>
>
>
>
>
>
>
>
>
>
> Dear Ms. Angelica:
>
>
>
> Further to our telephone
> conference today, we appreciate your inquiry to Mr. Fatta regarding dates he
> will be available for deposition in the second half of September.  As we
> stated, we intend to notice the deposition of Mr. Jackson (perhaps as early as
> next week) in that time period and would prefer to arrange a date in advance on
> which Mr. Fatta does not have a conflict.  Also, we understand that you will
> inquire as to when we will receive Mr. Jackson's disclosure statement.
>
>
>
> Thank you,
>
>
>
> Lou
>
>
>
>
>
>
>
> From: Louis A. Lofredo
>
> Sent: Tuesday, August 17, 2010 4:58 PM
>
> To: 'Michael J. Fatta'
>

> Cc: 't.angelica.v@gmail.com'; J. Daryl Dorsey; Tina M. Ezzell; Lauri F.
> Andrisani
>
> Subject: Williams v. Jackson et al.; T&B No. 15007-002
>
>
>
>
>
>
>
>
>
> Re:
> Williams v. Jackson et al.
>
> In re: Dempster and Mary Jackson
>
> United States Bankruptcy Court,
> District of Arizona
>
> Adversary Case No.
> 2:10-ap-00291-JMM
>
> File No.:  15007-002
>
>
>
> Dear Mr. Fatta:
>
>
>
> Attached is a copy of Plaintiff's Initial Disclosure Statement,
> which will be hand-delivery to you (it should arrive by tomorrow afternoon)
> along with a CD-ROM containing the documents listed in the disclosure
> statement.
>
>
>
> The attached letter requests receiving Defendants' Initial
> Disclosure Statement and documents by August 23, 2010.  Please let
> us know if you have another date in mind.
>
>
>
> Sincerely,
>
>
>
> Lou
>

> 
> 
> Louis A. Lofredo
> 
> Paralegal
> 
> Direct (602) 255-6034 | Fax (602) 255-0103
> 
> 
> 
> 
> 
> Third Floor Camelback Esplanade II
> 
> 2525 East Camelback Road
> 
> Phoenix, AZ  85016-9240
> 
> Visit our website at:  www.tblaw.com
> 
> 
> 
> 
> This electronic mail transmission contains
> information from the law firm of Tiffany & Bosco, P.A. that may be
> confidential or privileged. Such information is solely for the intended
> recipient, and use by any other party is not authorized. If you are not the
> intended recipient, be aware that any disclosure, copying, distribution or use
> of this message, its contents or any attachments is prohibited. Any wrongful
> interception of this message is punishable as a Federal Crime. If you have
> received this message in error, please notify the sender immediately by
> telephone (602) 255-6034 or by electronic mail at lal@tblaw.com.
> 
> 
> 
> 
> 
> 


--
Teresa Vasquez
Assistant to Michael J. Fatta Esq.

--
Teresa Vasquez
Assistant to Michael J. Fatta Esq.

# EXHIBIT J

## Paul D. Cardon

**From:** Tina M. Ezzell
**Sent:** Thursday, October 14, 2010 9:44 PM
**To:** Paul D. Cardon
**Subject:** FW: Williams v. Jacksons

---

**From:** Tina M. Ezzell
**Sent:** Thursday, September 16, 2010 10:35 AM
**To:** mjfpllc@aol.com
**Cc:** Louis A. Lofredo
**Subject:** Williams v. Jacksons

Mr. Fatta,

As you know, our paralegal (Lou) and I have been trying for months of obtain an initial disclosure and documents from you/ your clients. Despite promises, we still have not received any disclosure or documents. As you also know, your client's deposition is quickly approaching. I will personally call your office tomorrow at 10 am for my last personal good faith effort to obtain the disclosure before filing a motion with the court. If you will not be in at 10 am tomorrow, please alert me of a good time for me to call you tomorrow. Thank you.

**Tina M. Ezzell**
**Attorney**
**Direct 602-452-2747 | Fax 602-255-0103**
tme@tblaw.com



**TIFFANY & BOSCO**
**Third Floor Camelback Esplanade II**
**2525 East Camelback Road**
**Phoenix, AZ 85016-9240**
**Visit our website at: www.tblaw.com**
**Member of MSI Global Alliance, an International Alliance of Legal and Accounting Firms**

**CONFIDENTIAL AND PRIVILEGED INFORMATION:** This electronic mail transmission contains information from the law firm of Tiffany & Bosco, P.A. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (602-288-7915) or by electronic mail at tme@tblaw.com

# EXHIBIT K

**Paul D. Cardon**

**From:** Tina M. Ezzell
**Sent:** Thursday, October 14, 2010 9:42 PM
**To:** Paul D. Cardon
**Subject:** FW: disclosure in Williams v. Jackson

**From:** Tina M. Ezzell
**Sent:** Friday, October 01, 2010 5:01 PM
**To:** mjfpllc@aol.com
**Cc:** Erica A. Meany; J. Daryl Dorsey
**Subject:** disclosure in Williams v. Jackson

Mr. Fatta,

As you know, our paralegal and I have been attempting to obtain your clients' initial disclosure for some time. Although I have not yet counted, I suspect I will have at least 10 written requests to attach to a motion to compel/ motion for sanctions (which I am currently drafting). As you also know, you and I spoke on September 17, 2010 as my final good faith effort to get your clients' initial disclosure. You promised to have it for me the following Tuesday or Wednesday, which would have been September 21 or 22. I still do not have it. I am working on, and will file, a motion to compel/ motion for sanctions on Tuesday October 5, 2010 if I do not have the disclosure by Monday, October 4, 2010.

Due to your clients' failure to provide initial disclosures, it is with regret that I must postpone the deposition of your client, Dempster Jackson, set for October 6, 2010.

**Tina M. Ezzell**
**Attorney**
**Direct 602-452-2747 | Fax 602-255-0103**
tme@tblaw.com

 **TIFFANY & BOSCO**
**P.A.**
**Third Floor Camelback Esplanade II**
**2525 East Camelback Road**
**Phoenix, AZ 85016-9240**
**Visit our website at: www.tblaw.com**
**Member of MSI Global Alliance, an International Alliance of Legal and Accounting Firms**

**CONFIDENTIAL AND PRIVILEGED INFORMATION:** This electronic mail transmission contains information from the law firm of Tiffany & Bosco, P.A. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. If you have received this message in error, please notify the sender immediately by telephone (602-288-7915) or by electronic mail at tme@tblaw.com

# EXHIBIT L

**Paul D. Cardon**

From: Tina M. Ezzell
Sent: Thursday, October 14, 2010 9:41 PM
To: Paul D. Cardon
Subject: FW: disclosure in Williams v. Jackson

-----Original Message-----
From: Michael [mailto:mjfpllc@aol.com]
Sent: Monday, October 04, 2010 8:05 AM
To: Tina M. Ezzell
Subject: Re: disclosure in Williams v. Jackson

Ms. Ezzell:

I apologize for the delay.  I have had numerous documents to review in Mr. Jackson's records
and have had to have several discussions with him to collate the material.  I work alone and
have no legal assistants.  I have drafted the Disclosure Statement and will have it to your
office on Monday, October 4, 2010.  Only have to make copies of the documents to attach to
Statement.

Mike Fatta

-----Original Message-----
From: Tina M. Ezzell <TME@tblaw.com>
To: mjfpllc@aol.com
Cc: Erica A. Meany <eameany@tblaw.com>; J. Daryl Dorsey <jdd@tblaw.com>
Sent: Fri, Oct 1, 2010 5:01 pm
Subject: disclosure in Williams v. Jackson

Mr. Fatta, As you know, our paralegal and I have been attempting toobtain your clients'
initial disclosure for some time.  Although I havenot yet counted, I suspect I will have at
least 10 written requests to attachto a motion to compel/ motion for sanctions (which I am
currentlydrafting).  As you also know, you and I spoke on September 17, 2010 as myfinal good
faith effort to get your clients' initial disclosure.  Youpromised to have it for me the
following Tuesday or Wednesday, which would havebeen September 21 or 22.  I still do not have
it.  I am working on,and will file, a motion to compel/ motion for sanctions on Tuesday
October 5,2010 if I do not have the disclosure by Monday, October 4, 2010.  Due to your
clients' failure to provide initial disclosures,it is with regret that I must postpone the
deposition of your client, DempsterJackson, set for October 6, 2010.
 Tina M. Ezzell
Attorney
Direct 602-452-2747 | Fax 602-255-0103
tme@tblaw.com


Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ  85016-9240
Visit our website at:  www.tblaw.comMember of MSI Global Alliance, an International
Allianceof Legal and Accounting Firms

CONFIDENTIAL AND PRIVILEGEDINFORMATION:  This electronic mail transmission contains
information from the lawfirm of Tiffany & Bosco, P.A. that may be confidential or privileged.

Suchinformation is solely for the intended recipient, and use by any other party isnot authorized. If you are not the intended recipient, be aware that anydisclosure, copying, distribution or use of this message, its contents or anyattachments is prohibited. Any wrongful interception of this message ispunishable as a Federal Crime. If you have received this message in error,please notify the sender immediately by telephone (602-288-7915) or byelectronic mail at tme@tblaw.com

# EXHIBIT M

# DECLARATION

I, Tina M. Ezzell, by my signature below, hereby certify that I have attempted in good faith to confer with Debtors' counsel, Michael J. Fatta, in an effort to obtain discovery without court action.

DATED: 10/18/10

Tina M. Ezzell