THIS ORDER IS APPROVED.

Dated: December 01, 2010

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey, State Bar No. 024237
Tina M. Ezzell, State Bar No. 013825

**TB TIFFANY & BOSCO** P.A.

Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
Email: crk@tblaw.com; jdd@tblaw.com;
tme@tblaw.com
*Attorneys for Plaintiff Genos Williams*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| DEMPSTER AND MARY JACKSON, | Case No. 2:08-bk-14091-JMM |
| Debtors. | Adversary No. 2:10-ap-00291-JMM |
| GENOS WILLIAMS,<br>Plaintiff,<br>v.<br>DEMPSTER AND MARY JACKSON,<br>Defendants. | **ORDER GRANTING STIPULATION TO AN EXTENSION TO THE DATES IN THE TRIAL SCHEDULING ORDER; AND THE JOINT REQUEST FOR ENLARGEMENT OF TIME SET FOR TRIAL** |

Upon consideration of the *Second Stipulation to an Extension to the Dates in the Trial Scheduling Order* filed by the Parties, and good cause appearing therefore,

**IT IS ORDERED** granting the Stipulated Motion.

**IT IS FURTHER ORDERED** that the trial is set for May 19, 2011 at 9:00 a.m.

15007-002/452118.DOC -1-

1   **IT IS FURTHER ORDERED** that the following schedule and trial information

2   shall apply to this matter:

3       Discovery Deadline:                    30 days before trial

4       Dispositive Motions Deadline:      75 days before trial

5       Joint Pretrial Statement Due Date:   seven days before trial

6   **IT IS FURTHER ORDERED** that the trial is set for 1 day.

7   **DATED AND SIGNED ABOVE.**