**THIS ORDER IS
APPROVED.**

**Dated: December 01, 2010**



_____
**JAMES M. MARLAR
Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| DEMPSTER AND MARY JACKSON, | Case No. 2:08-bk-14091-JMM |
| Debtors. | Adversary No. 2:10-ap-00291-JMM |
| GENOS WILLIAMS, | **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND REQUEST FOR SANCTIONS** |
| Plaintiff, | |
| v. | |
| DEMPSTER AND MARY JACKSON, | |
| Defendants. | |

The Court, having read and considered Plaintiff's Motion to Compel and Request for Sanctions (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant/Debtor Dempster Jackson shall serve his Rule 26(a) Initial Disclosure no later than 20 days from the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall certify for the Court's review the amount of reasonable expenses incurred in filing the Motion.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**IT IS FUTHER ORDERED** that, upon further motion of the Plaintiff, Defendant/Debtor Dempster Jackson's failure to provide said Initial Disclosure within 20 days from the date of this Order may result in summary disposition of the adversary proceeding in favor of Plaintiff.

**DATED AND SIGNED ABOVE.**